**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 119484
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| David Friedman,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Midland Credit Management, Inc.,<br><br>　　　　　　Defendant. | Case No: 3:20-cv-15794-FLW-LHG |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: January 19, 2021

　　　　　　　　　　　　　　　　　　　**BARSHAY SANDERS, PLLC**

　　　　　　　　　　　　　　　　　　　By: 　/s *Craig B. Sanders*
　　　　　　　　　　　　　　　　　　　Craig B. Sanders
　　　　　　　　　　　　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　　Email: csanders@barshaysanders.com
　　　　　　　　　　　　　　　　　　　Tel: (516) 203-7600
　　　　　　　　　　　　　　　　　　　Fax: (516) 282-7878
　　　　　　　　　　　　　　　　　　　Our File No: 119484
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.C.D.J.